Starlene HOWE, Plaintiff—Appellant,

v.

ANTHEM HEALTH & LIFE INSURANCE COMPANY; Strategic Distribution, Defendants—Appellees.

No. 03–35846.

D.C. No. CV–02–00247–EJL.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Oct. 7, 2004.

Decided Oct. 20, 2004.

Christ T. Troupis, Esq., Troupis & Summer, Chtd., Meridian, ID, for Plaintiff–Appellant.

B. Newal Squyres, Jr., Esq., Andrea P. Patterson, Esq., Pamela S. Howland, Esq., Holland & Hart, LLP, Neil D. McFeeley, Esq., Eberle, Berlin, Kading, Turnbow & McKlveen, Boise, ID, for Defendants–Appellees.

Before KOZINSKI, FERNANDEZ and CLIFTON, Circuit Judges.

MEMORANDUM *

Because Howe's health policy unambiguously "gives [Anthem] discretionary authority to determine eligibility for benefits [and] to construe the terms of the plan," *Firestone Tire & Rubber Co. v. Bruch,* 489 U.S. 101, 115, 109 S.Ct. 948, 103 L.Ed.2d 80 (1989), we review its decision to deny medical benefits for abuse of discretion. *See Atwood v. Newmont Gold Co., Inc.,* 45

---

F.3d 1317, 1321 (9th Cir.1995). Anthem did not abuse its discretion in finding Howe ineligible for medical benefits because her injuries were "due to taking part in a felony."

AFFIRMED.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36-3.